1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JIMMY YOUNG VANG,                          Case No.  2:24-cv-01644-JDP (HC)

12                    Petitioner,                **ORDER**

13            v.                                 DIRECTING PETITIONER TO FILE EITHER
                                                 AN APPLICATION TO PROCEED *IN*
14    ROBERT ARIAS,                              *FORMA PAUPERIS* OR PAY THE
                                                 REQURIED FILING FEE
15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis*

19    affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed *in forma pauperis* or submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27          2.  The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form

28    used by this district.

                                                   1

1

2   IT IS SO ORDERED.

3

4   Dated:    July 15, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2