UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY YOUNG VANG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT ARIAS,<br><br>　　　　　Respondent. | Case No.  2:24-cv-1644-DJC-JDP (P)<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 5, 2025, the Magistrate Judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations indicating his address has changed. (ECF No. 10.)  Petitioner is reminded under Local Rule 182 that he is required to notify the Clerk and all parties of any change in address. (*See also* ECF 2-1.)  Future failure to comply with this rule may result in dismissal of this action.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court declines to adopt the findings and recommendations (ECF No. 9). Given that Petitioner had not received a copy of the prior orders, the Court will grant him additional time to comply with the Magistrate Judge's March 3, 2025 Order (ECF No. 7).

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations at ECF No. 9 are rejected;
2. Within thirty (30) days Petitioner shall file (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice in accordance with the Magistrate Judge's March 3, 2025 Order (ECF No. 7). Failure to follow this Order may result in this action being dismissed; and
3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **August 15, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2